■ In the Matter of WILLIAM T. BROCKMAN, Petitioner, v RONALD RIOUX et al., Respondents.—Proceeding pursuant to CPLR article 78 to annul a determination of respondents, as trustees of the Incorporated Village of East Hampton, dated June 17, 1974, and made after a hearing, which dismissed him from his position as patrolman in the village police department, and for reinstatement, with back pay and privileges. Determination annulled, on the law, with costs, and respondents are directed to restore petitioner to his position as a police officer, with back pay from the date of his suspension on December 17, 1973, less interim earnings, if any. The action of respondents in proceeding against petitioner on charges based on an incident during the time he was under a previous removal by respondents and was not a member of the village's police department (see *Matter of Brockman v Skidmore,* 43 AD2d 572) was improper. Rabin, Acting P. J., Latham, Cohalan, Brennan and Munder, JJ., concur.

■ In the Matter of the CITY OF NEW YORK, Appellant-Respondent, Relative to Acquiring Title to Real Property Located on 73rd Avenue Between Kissena Boulevard and Other Streets in the Borough of Queens. HARRY L. OSIAS et al., Respondents-Appellants.—In a condemnation proceeding, the parties cross-appeal from a fourth separate and last partial final decree of the Supreme Court, Queens County, dated November 13, 1974, which, *inter alia,* fixed compensation for Damage Parcel No. 1. Decree affirmed, without costs. We find adequate support in the record on this appeal for the award under review. Rabin, Acting P. J., Latham, Cohalan, Brennan and Munder, JJ., concur.

■ In the Matter of GERARD A. COLLINS, Appellant, v LEON J. VINCENT, as Superintendent of Green Haven Correctional Facility, Respondent.— Judgment of the Supreme Court, Westchester County, dated January 30, 1975, affirmed, without costs. On the facts in this case, the computation of jail time was correctly calculated in accordance with section 70.30 of the Penal Law. Hopkins, Acting P. J., Martuscello, Cohalan, Brennan and Munder, JJ., concur.